IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JEREMY ALFONZIE JONES,        )
                                 )
        Petitioner,          )
                                 )
        v.                  )        CV 111-102
                                 )     (Formerly CR 109-171)
UNITED STATES OF AMERICA,    )
                                 )
        Respondent.       )

_____

**O R D E R**

_____

      Let a copy of this Report and Recommendation be served upon counsel for the parties.

Any party who objects to this Report and Recommendation or anything in it must file, not later

than April 6, 2015, written objections specifically identifying the portions of the proposed

findings and recommendation to which objection is made and the specific basis for objection.[1]

The Clerk will submit this Report and Recommendation together with any objections to United

States District Judge J. Randal Hall on April 7, 2015.  Failure to file specific objections within

the specified time means that this Report and Recommendation may become the opinion and

order of the Court, <u>Devine v. Prison Health Servs., Inc.</u>, 212 F. App'x 890, 892 (11th Cir. 2006),

and may limit a party's appellate rights.  <u>Dupree v. Warden</u>, 715 F.3d 1295, 1300 (11th Cir.

2013).

      Requests for extension of time to file objections to this Report and Recommendation

shall be filed with the Clerk of Court for consideration by the undersigned.

_____

[1]A copy of the objections must be served upon all other parties to the action.

A party may not appeal a Magistrate Judge's recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment entered by the District Judge.

SO ORDERED this 20th day of March, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA